IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.                    No. CV 07-0002 JC/LCS
                        CR 03-1849 JC

ANDRES LUQUE-CANO,

    Defendant/Movant.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on the Magistrate Judge's Proposed Findings and Recommended Disposition, filed April 2, 2007.  (Doc. 8.)  Although the Magistrate Judge filed an order giving the parties an extension of time to file objections to the proposed findings through May 4, 2007, neither Movant nor Respondent filed any objection.  (*See* Doc. 10.)

    **WHEREFORE,**

    **IT IS HEREBY ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition filed April 2, 2007 (Doc. 8) are adopted by the Court.

    A Judgment consistent with this Order shall be issued forthwith.

    **IT IS SO ORDERED.**

                                      s/John Edwards Conway

                                   _____
                                   **SENIOR UNITED STATES DISTRICT JUDGE**